**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 21 2016
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

CASE NO. 1:16-CV-026 BSM-JTR

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: LARRY L. BUCK
   ADC # 153905
   Address: 300 CORRECTIONS DRIVE NEWPORT ARK. 72112

   Name of plaintiff: _____
   ADC # _____
   Address: _____

   Name of plaintiff: _____
   ADC # _____
   Address: _____

   This case assigned to District Judge Miller
   and to Mag. Judge Ray

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: WENDY KELLY - ARKANSAS DEPT. OF CORRECTIONS
   Position: MEDICAL DIRECTOR
   Place of employment: ARKANSAS DEPT. OF CORRECTIONS
   Address: BOX 8707 PINE BLUFF, ARK. 71611-8707

   Name of defendant: ROBERT BERNARD REICHARD
   Position: (PROVIDER) FOR CORRECT CARE SOLUTIONS
   Place of employment: GRIMES UNIT 300 CORRECTIONS DRIVE

Address: NEWPORT ARK 72112

Name of defendant: MELVIN NANCE

Position: (PROVIDER) CORIZON MEDICAL SERVICES

Place of employment: GRIMES UNIT

Address: 300 CORRECTIONS DRIVE, NEWPORT ARK 72112

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ☒

B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

☐ Court (if federal court, name the district; if state court, name the county):

2

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV. Place of present confinement: _GRIMES UNIT, NEWPORT ARK, 72112_

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

VI. There is a prisoner grievance procedure in the Arkansas Department of Corrections. Failure to complete the grievance procedure may affect your case in federal court.

A. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes _✓_  No ___

B. If your answer is YES, attach copies evidencing completion of the final step of the grievance appeal procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.

C. If your answer is NO, explain why not: _____

VII.  Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON MAY 21, 2014, I BLACKED OUT ON A CONCRETE SLAB ON RECREATION YARD AT GRIMES UNIT. DR. NANCE TOLD ME THAT IT WAS CAUSED BY MEDICATION THAT DR. REICHARD HAD PUT ME ON. HE STOPPED THOSE MEDICATIONS THAT DAY. THE MEDICATION HAD LOWERED MY BLOOD PRESSURE TO 92/64. AS A RESULT OF MY FALL I SUFFERED A BROKEN NOSE WHICH IS STILL BROKEN AT THIS TIME. I ALSO HAD INJURY TO MY RIGHT KNEE WHICH I HAVE HAD PAIN DAILY AND FORCED TO WALK WITH CANE OR WALKER SINCE THAT TIME. I ALSO DISLOCATED A FINGER ON MY LEFT HAND. MEDICAL TAPED IT TO THE FINGER NEXT TO IT FOR 5 WEEKS. AFTER 11 WEEKS I WAS SENT TO DR. LUTER AND INFORMED BY HIM THAT DUE TO THEIR DELAY OF TIMELY TREATMENT THAT ALL HE COULD DO WAS AMPUTATE THE FINGER, WHICH RESULTED IN LIMITED USE OF LEFT HAND.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*I AM SEEKING RESTITUTION FOR MALPRACTICE AND NEGLECT ON THEIR PART, PAIN + SUFFERING, DISABILITY IN AMOUNT OF TEN MILLION DOLLARS*

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _16th_ day of _MARCH_, 20_16_.

*Larry L Buck*

_____
Signature(s) of plaintiff(s)

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center: **GRIMES**
Name: **LARRY BUCK**
ADC#: **153905**  Brks #: **22**  Job Assignment: **M/M Grimes**

Received \ Grievance
SEP 04 2014

**FOR OFFICE USE ONLY**
GRV.#: GR14-01160
Date Received: 9/4/14
GRV. Code #: CO 02

**8/20/14** (Date) STEP ONE: Informal Resolution

**9/2/14** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: DESPITE THESE OPTIONS OF THIS CASE IT WAS MEDICALS LACK OF PROMPT CARE THAT RESULTED IN SEVER,

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? **YES** If yes, circle one: (medical) or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): 5/21/14 I BLACKED OUT ON REC YARD FROM LOW BLOOD PRESSURE AS A RESULT OF TAKING LISSINOPRIL FUROSEMIDE POTASSIUM FOR OVER A YEAR WHICH DR. NANCE SAID I SHOULD NOT HAVE BEEN ON WHICH CAUSED MY BLACK OUT AND NUMEROUS INJURIES. I SUFFER FROM BROKEN NOSE, DISLOCATED FINGER STILL AT THIS TIME SINCE THEY TOOK SO LONG TO GET PROPER TREATMENT FOR THESE INJURIES WHEN I WAS TAKEN TO DR. LUDER TO SEE ABOUT TREATMENT I WAS INFORMED THAT IT HAD BEEN TOO LONG SINCE INCIDENT FROM 5/21/14 TO 8/14/14 THAT ALL THAT COULD BE DONE NOW IS TO AMPUTATE MY FINGER DUE TO NEGLECT ON THEM

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION
SEP 22 2014
HEALTH & CORRECTIONAL PROGRAMS

Inmate Signature: *Larry Buck*  Date: **8/20/14**

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on **9-2-14** (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: **O Pickering RN**  Date **8/20/14**

**Sgt J Cole**  **28986**  **Sgt Cole**  **8-20-14**
PRINT STAFF NAME (PROBLEM SOLVER) | ID Number | Staff Signature | Date Received

Describe action taken to resolve complaint, including dates: You were given 3 options by the Surgeon RE your finger. You have been placed on the provider's list to have those options explained to you in depth.

Staff Signature & Date Returned: _____ 8/25/14   Inmate Signature & Date Received: *Larry Buck* 8/25/14

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____  Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____  Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT420  
3GH

Attachment IV

INMATE NAME: Buck, Larry L.    ADC #: 153905A    GRIEVANCE #: GR-14-01160

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(655) Your 9/4/14 grievance has been received and reviewed as well as your medical record to determine if medically necessary health care, as determined by your health care providers, has been provided to you.

You state that you do not feel that you received appropriate care after a fall.

Per the grievance policy, AD 14-16, you have 15 working days to grieve an issue. The date you have provided of 5/21/14 is out of timeframe. Also, you have 3 working days from receipt of your Step 1 to file Step 2. You received your Step 1 on 8/25/14. Your Step 2 was received on 9/4/14. You are clearly out of timeframe. This is not an emergency issue. This grievance is being returned to you without further determination of merit due to your failure to follow policy.

If your medical condition changes please address any concerns through the sick call process.

_____  Bely Curr HSA 9-17-14
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION
SEP 22 2014
HEALTH & CORRECTIONAL PROGRAMS

_____  LPN    9-17-14
Title    Date

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

Instead of worrying about time frame for grievance, you need to worry about lack of care I was given. I didn't learn about my finger having to be amputated until I was to doctor in Newport on 8/14/14. If treatment had been provided in timely fashion. The Doctor Luder says he could have saved it. After step 1 I had to get in touch with family to see how to handle this. I will be filing a 1983 law suit against ADC Medical for compensation.

Larry Buck    153905    9/17/14
Inmate Signature    ADC#    Date

I was in infirmary until July 5/2014 kept

IGTT420    Page 1 of 1

IGTT430
3GD

Attachment VI

INMATE NAME: Buck, Larry L.          ADC #: 153905          GRIEVANCE#:GR-14-01160

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On August 20, 2014, you grieved that you did not receive proper medical treatment for a fall. You state that on May 21, you blacked out and injured your nose and finger. You state that when you were taken to see Dr. Luder on August 14 to see about treatment, you were informed it had been too long since the incident. You state that you were informed that all that could be done to your finger was to amputate it.

The medical department responded, "Per the grievance policy, AD 14-16, you have 15 working days to grieve an issue. The date you have provided of 5/21/14 is out of timeframe. Also, you have 3 working days from receipt of your Step 1 to file Step 2. You received your Step 1 on 8/25/14. Your Step 2 was received on 9/4/14. You are clearly out of timeframe. This is not an emergency issue. This grievance is being returned to you without further determination of merit due to your failure to follow policy. If your medical condition changes please address any concerns through the sick call process."

Your appeal states that instead of worrying about the time frame for the grievance, the lack of care should be worried about. You state that you did not learn your finger would need to be amputated until August 14, and if treatment would have been provided Dr. Luder said he could have saved it.

On May 21, you were seen in the infirmary and the nurse noted an open fracture to your left little finger. The nurse noted that a verbal order for an x-ray (completed May 24, 2014) and that you would see a provider in the AM. On May 27, Dr. Nance noted that plain imaging revealed 5th finger PIP joint dislocation and he referred you to Dr. Schock. Dr. Nance's notes indicate that he did a record review and did not exam you on May 27. July 1, you were seen by Dr. Schock, in-house orthopedic, who noted your PIPJ was stuck in full extension, that there may be some AP direction subluxation of PIPV, post dislocation stiffness and no signs of infection. Dr. Schock discontinued the splint, ordered an x-ray (completed July 3, 2014); range of motion, and to follow up in two weeks but to adjust the appointment date for the next ortho clinic. You were seen by Dr. Schock on July 29, and he noted that the x-rays showed that the finger was still dislocated and he submitted an urgent consult. You were seen by Dr. Luter, orthopedic, on August 14, who noted that your options were to leave the finger as is, fuse PIPJ in better position, or amputation at PIP level.

Per policy, a consult that is submitted as urgent indicates that the provider recommends that the patient be seen by the specialty provider within seven days. Policy also states that referrals to the orthopedic clinic should be seen within seven days if not specified by the provider.

Due to the delay in you being seen by the provider after the May 21 accident, the delay in being seen by Dr. Schock after the May 27 referral, and the delay in being seen by Dr. Luter after the July 29 referral, this appeal is with merit.

Director _____     Date _____10/29/14_____