# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LARRY L. BUCK**     **PLAINTIFF**
**ADC #153905**

v.     **CASE NO. 1:16-CV-00026 BSM**

**WENDY KELLEY, Former ADC Deputy Director**
**of Health and Correctional Programs, et al.**     **DEFENDANTS**

## ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 12] has been reviewed. No objections have been filed. After reviewing the record, the PRD is adopted.

Accordingly, Buck's official capacity § 1983 claims against defendants Reichard, Nance, Shock, and Kelley are dismissed, without prejudice. Buck's state medical malpractice claim against Kelley is dismissed, with prejudice. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 23rd day of May 2016.

/s/ Brian S. Miller
UNITED STATES DISTRICT JUDGE