**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**LARRY L. BUCK**                                                                       **PLAINTIFF**
**ADC #153905**

**v.**                  **CASE NO. 1:16-CV-00026 BSM**

**WENDY KELLEY, Former ADC Deputy Director**
**of Health and Correctional Programs, et al.**                 **DEFENDANTS**

## ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 17] and Buck's objections [Doc. No. 19] have been reviewed. After reviewing the record, the PRD is adopted.

Accordingly, Buck's motion for partial summary judgment [Doc. No. 14] is denied. It is certified that an *in forma pauperis* appeal from this order would not be in good faith.

IT IS SO ORDERED this 21st day of June 2016.

                                                                            UNITED STATES DISTRICT JUDGE