**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**LARRY L. BUCK**                                                   **PLAINTIFF**
**ADC #153905**

**v.**           **CASE NO. 1:16-CV-00026 BSM**

**WENDY KELLEY, Former ADC Deputy Director**
**of Health and Correctional Programs, et al.**         **DEFENDANTS**

## ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 40] and plaintiff Larry Buck's objections [Doc. No. 42] have been reviewed. After reviewing the record, the PRD is adopted.

Accordingly, defendant Wendy Kelley's motion to dismiss [Doc. No. 22] is granted. It is certified that an *in forma pauperis* appeal from this order would not be in good faith.

IT IS SO ORDERED this 18th day of August 2016.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE