IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LARRY L. BUCK											PLAINTIFF
ADC #153905

v.							CASE NO. 1:16-CV-00026 BSM

ROBERT REICHARD, et al.										DEFENDANTS

## ORDER

The partial recommended disposition ("PRD") submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 91] and plaintiff Larry Buck's objections [Doc. No. 92] have been reviewed. After reviewing the record, the PRD is adopted.

Accordingly, Buck's § 1983 inadequate medical care claim against defendant Robert Reichard is dismissed without prejudice, and Buck's medical malpractice claim under state law against Reichard is dismissed with prejudice. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 23rd day of May 2017.

_____
UNITED STATES DISTRICT JUDGE